**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHANMONY HUOT, VLADIMIR SALDAÑA, CHAMPA PANG, LIANNA KUSHI, THOEUN KONG, DENISSE COLLAZO, SUE J. KIM, SOADY OUCH, TOOCH VAN, CARMEN BERMUDEZ, KEI KAWASHIMA-GINSBERG, DANIEL K. UK, and FAHMINA ZAMAN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOWELL, MASSACHUSETTS; KEVIN J. MURPHY, in his official capacity as Lowell City Manager; LOWELL CITY COUNCIL; RITA M. MERCIER, RODNEY M. ELLIOTT, EDWARD J. KENNEDY, JR., JOHN J. LEAHY, WILLIAM SAMARAS, JAMES L. MILINAZZO, DANIEL P. ROURKE, COREY A. BELANGER, JAMES D. LEARY, in their official capacities as members of the Lowell City Council; LOWELL SCHOOL COMMITTEE; STEPHEN J. GENDRON, JACQUELINE DOHERTY, CONNIE A. MARTIN, ROBERT J. HOEY, JR., ROBERT JAMES GIGNAC, ANDRE DESCOTEAUX, in their official capacities as members of the Lowell School Committee; LOWELL ELECTION AND CENSUS COMMISSION; and BEVERLY ANTHES, JOSEPH MULLEN, THEL SAR, THOMAS FR. O'BRIEN, in their official capacities as members of the Lowell Election and Census Commission, <br><br> Defendants. | **Case No.** _____ |

-2-

## NOTICE OF APPEARANCE

      Please enter the appearance of attorney Scott Taylor on behalf of Plaintiffs in the above-captioned action.

| | |
|---|---|
| Dated:  May 18, 2017 | Respectfully submitted, |
| | CHANMONY HUOT, VLADIMIR SALDAÑA, CHAMPA PANG, LIANNA KUSHI, THOEUN KONG, DENISSE COLLAZO, SUE J. KIM, SOADY OUCH, TOOCH VAN, CARMEN BERMUDEZ, KEI KAWASHIMA-GINSBERG, DANIEL K. UK, and FAHMINA ZAMAN, |
| | By their attorney: |
| | */s/ Scott Taylor* <br> Scott Taylor (BBO # 692689) <br> ROPES & GRAY LLP <br> Prudential Tower <br> 800 Boylston Street <br> Boston, MA 02199-3600 <br> Telephone: (617) 951-7000 <br> Fax: (617) 951-7050 <br> Scott.Taylor@ropesgray.com |