IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHANMONY HUOT, VLADIMIR SALDAÑA, CHAMPA PANG; LIANNA KUSHI, THOEUN KONG, DENISSE COLLAZO, SUE J. KIM, SOADY OUCH, TOOCH VAN, CARMEN BERMUDEZ, KEI KAWASHIMA-GINSBERG, DANIEL K. UK, and FAHMINA ZAMAN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOWELL, MASSACHUSETTS; KEVIN J. MURPHY, in his official capacity as Lowell City Manager; LOWELL CITY COUNCIL; RITA M. MERCIER, RODNEY M. ELLIOTT, EDWARD J. KENNEDY, JR., JOHN J. LEAHY, WILLIAM SAMARAS, JAMES L. MILINAZZO, DANIEL P. ROURKE, COREY A. BELANGER, JAMES D. LEARY, in their official capacities as members of the Lowell City Council; LOWELL SCHOOL COMMITTEE; STEPHEN J. GENDRON, JACQUELINE DOHERTY, CONNIE A. MARTIN, ROBERT J. HOEY, JR., ROBERT JAMES GIGNAC, ANDRE DESCOTEAUX, in their official capacities as members of the Lowell School Committee; LOWELL ELECTION AND CENSUS COMMISSION; and BEVERLY ANTHES, JOSEPH MULLEN, THEL SAR, THOMAS FR. O'BRIEN, in their official capacities as members of the Lowell Election and Census Commission, <br><br> Defendants. | Case No. 1:17-cv-10895-DLC <br><br> JURY TRIAL DEMANDED |

**JOINT MOTION TO AMEND CASE SCHEDULE**

Plaintiffs and Defendants jointly request that the Court amend the case schedule while the parties continue to pursue mediation. Good cause exists for the parties' motion. The parties have engaged in five productive mediation sessions since December 18, 2019, with an additional mediation session scheduled for February 21, 2019. The proposed extension to the case schedule will allow the parties to continue to focus their efforts on timely and amicable resolution of the lawsuit. The parties request an extension of eight (8) weeks to all case deadlines to reflect the progress that has been made in the last several weeks, and the parties' mutual belief that such progress is likely to continue.

The parties expect that the current proposed extension will allow sufficient time for the parties to attempt to reach a final settlement that resolves the lawsuit, without prejudice to either party's ability to pursue its claims and defenses at trial, should mediation ultimately prove unsuccessful. Accordingly, the parties request that the Court enter the following amended case schedule:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline to substantially complete document production

Counsel will make good faith efforts to produce all required documents as soon as they are available and avoid significant document production at or near the substantial completion deadline | January 18, 2019 | March 15, 2019 |
| Completion of fact discovery/depositions other than expert depositions | March 15, 2019 | May 10, 2019 |
| Service of Plaintiffs' expert report(s) | March 19, 2019 | May 14, 2019 |
| Service of Defendants' expert report(s) | April 9, 2019 | June 4, 2019 |
| Any rebuttal reports by | May 7, 2019 | July 2, 2019 |
| Completion of expert discovery | June 7, 2019 | August 2, 2019 |

| Filing of dispositive motions | June 28, 2019 | August 23, 2019 |
| Filing of oppositions and replies to dispositive motions | Twenty-one (21) days for an opposition; seven (7) days for a Reply of up to twelve pages; no sur-reply without leave of Court. There is a presumption that these deadlines will not be extended. | Twenty-one (21) days for an opposition; seven (7) days for a Reply of up to twelve pages; no sur-reply without leave of Court. There is a presumption that these deadlines will not be extended. |

The parties may request additional extensions of the discovery schedule should such extensions be necessary to continue the mediation process, or with other showing of good cause.

A Proposed Order Amending Case Schedule is attached as Exhibit 1 for the Court's consideration.

Dated: February 8, 2019                    Respectfully submitted,


    /s/ Scott Taylor
Robert G. Jones (BBO # 630767)
Scott Taylor (BBO # 692689)
Matthew Mazzotta (BBO # 679230)
Daniel E. Fine (BBO # 691980)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Fax: (617) 951-7050
Robert.Jones@ropesgray.com
Scott.Taylor@ropesgray.com
Matthew.Mazzotta@ropesgray.com
Daniel.Fine@ropesgray.com

Oren M. Sellstrom (BBO # 569045)
Iván Espinoza-Madrigal (Of Counsel)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, Fifth Floor

Boston, MA 02110
Telephone: (617) 988-0608
Fax: (617) 482-4392
osellstrom@lawyersforcivilrights.org
iespinoza@lawyersforcivilrights.org

*Counsel for Plaintiffs CHANMONY HUOT, VLADIMIR SALDAÑA, LIANNA KUSHI, THOEUN KONG, DENISSE COLLAZO, SUE J. KIM, SOADY OUCH, TOOCH VAN, CARMEN BERMUDEZ, KEI KAWASHIMA-GINSBERG, DANIEL K. UK, and FAHMINA ZAMAN.*


 /s/ Rachel Brown
Christine P. O'Connor, City Solicitor (BBO# 567645)
Rachel Brown, First Assistant City Solicitor (BBO# 667369)
John Richard Hucksam, Jr., Assistant City Solicitor (BBO # 546519)
City of Lowell Law Department
375 Merrimack Street, 3rd Floor
Lowell, MA 01852-5909
Telephone: (978) 674-4050
Fax: (978) 453-1510
CO'Connor@lowellma.gov
RBrown@lowellma.gov
JHucksam@lowellma.gov

*Counsel for Defendants CITY OF LOWELL, MASSACHUSETTS; KEVIN J. MURPHY, in his official capacity as Lowell City Manager; LOWELL CITY COUNCIL; RITA M. MERCIER, RODNEY M. ELLIOTT, EDWARD J. KENNEDY, JR., JOHN J. LEAHY, WILLIAM SAMARAS, JAMES L.MILINAZZO, DANIEL P. ROURKE, COREY A. BELANGER, JAMES D. LEARY, in their official capacities as members of the Lowell City Council; LOWELL SCHOOL COMMITTEE; STEPHEN J. GENDRON, JACQUELINE DOHERTY, CONNIE A. MARTIN, ROBERT J. HOEY, JR., ROBERT JAMES GIGNAC, ANDRE DESCOTEAUX, in their official capacities as members of the Lowell School Committee; LOWELL ELECTION AND CENSUS COMMISSION; and BEVERLY ANTHES, JOSEPH*

*MULLEN, THEL SAR, THOMAS FR. O'BRIEN, in their official capacities as members of the Lowell Election and Census Commission.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, I filed a copy of this document through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Scott Taylor*
Scott Taylor