**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

|  |  |  |
|---|---|---|
| CHANMONY HUOT, VLADIMIR SALDAÑA, CHAMPA PANG, LIANNA KUSHI, THOEUN KONG, DENISSE COLLAZO, SUE J. KIM, SOADY OUCH, TOOCH VAN, CARMEN BERMUDEZ, KEI KAWASHIMA-GINSBERG, DANIEL K. UK, and FAHMINA ZAMAN, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 1:17-cv-10895-DLC |
| CITY OF LOWELL, MASSACHUSETTS; KEVIN J. MURPHY, in his official capacity as Lowell City Manager; LOWELL CITY COUNCIL; RITA M. MERCIER, RODNEY M. ELLIOTT, EDWARD J. KENNEDY, JR., JOHN J. LEAHY, WILLIAM SAMARAS, JAMES L. MILINAZZO, DANIEL P. ROURKE, COREY A. BELANGER, JAMES D. LEARY, in their official capacities as members of the Lowell City Council; LOWELL SCHOOL COMMITTEE; STEPHEN J. GENDRON, JACQUELINE DOHERTY, CONNIE A. MARTIN, ROBERT J. HOEY, JR., ROBERT JAMES GIGNAC, ANDRE DESCOTEAUX, in their official capacities as members of the Lowell School Committee; LOWELL ELECTION AND CENSUS COMMISSION; and BEVERLY ANTHES, JOSEPH MULLEN, THEL SAR, THOMAS FR. O'BRIEN, in their official capacities as members of the Lowell Election and Census Commission, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

---

**[PROPOSED] ORDER AMENDING CASE SCHEDULE**

Before the Court is the parties' Joint Motion to Amend Case Schedule.  Having

considered the motion, and the fact that it is unopposed, the Court determines that the motion is

hereby GRANTED.

IT IS THEREFORE ORDERED that the following actions shall be completed by the date

indicated.

| Event | Deadline |
|---|---|
| Deadline to substantially complete document production<br><br>Counsel will make good faith efforts to produce all required documents as soon as they are available and avoid significant document production at or near the substantial completion deadline | March 15, 2019 |
| Completion of fact discovery/depositions other than expert depositions | May 10, 2019 |
| Service of Plaintiffs' expert report(s) | May 14, 2019 |
| Service of Defendants' expert report(s) | June 4, 2019 |
| Any rebuttal reports by | July 2, 2019 |
| Completion of expert discovery | August 2, 2019 |
| Filing of dispositive motions | August 23, 2019 |
| Filing of oppositions and replies to dispositive motions | Twenty-one (21) days for an opposition; seven (7) days for a Reply of up to twelve pages; no sur-reply without leave of Court. There is a presumption that these deadlines will not be extended. |

**<u>SO ORDERED.</u>**


Dated:                              _____
                                   Donald L. Cabell, U.S.M.J.