**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| CHANMONY HUOT, VLADIMIR SALDAÑA, LIANNA KUSHI, THOEUN KONG, DENISSE COLLAZO, SUE J. KIM, SOADY OUCH, TOOCH VAN, CARMEN BERMUDEZ, KEI KAWASHIMA-GINSBERG, and FAHMINA ZAMAN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOWELL, MASSACHUSETTS; KEVIN J. MURPHY, in his official capacity as Lowell City Manager; LOWELL CITY COUNCIL; RITA M. MERCIER, RODNEY M. ELLIOTT, EDWARD J. KENNEDY, JR., JOHN J. LEAHY, WILLIAM SAMARAS, JAMES L. MILINAZZO, DANIEL P. ROURKE, COREY A. BELANGER, JAMES D. LEARY, in their official capacities as members of the Lowell City Council; LOWELL SCHOOL COMMITTEE; STEPHEN J. GENDRON, JACQUELINE DOHERTY, CONNIE A. MARTIN, ROBERT J. HOEY, JR., ROBERT JAMES GIGNAC, ANDRE DESCOTEAUX, in their official capacities as members of the Lowell School Committee; LOWELL ELECTION AND CENSUS COMMISSION; and BEVERLY ANTHES, JOSEPH MULLEN, THEL SAR, THOMAS FR. O'BRIEN, in their official capacities as members of the Lowell Election and Census Commission,<br><br>Defendants. | Case No. 1:17-cv-10895-DLC |

## NOTICE OF WITHDRAWAL

Please take notice that attorney Matthew Mazzotta hereby withdraws his appearance on behalf of Plaintiffs in the above-captioned action.

| | |
|---|---|
| Dated:  March 12, 2020 | Respectfully submitted, |
| | CHANMONY HUOT, VLADIMIR SALDAÑA, LIANNA KUSHI, THOEUN KONG, DENISSE COLLAZO, SUE J. KIM, SOADY OUCH, TOOCH VAN, CARMEN BERMUDEZ, KEI KAWASHIMA-GINSBERG, and FAHMINA ZAMAN |
| | By their attorney: |
| | */s/ Matthew Mazzotta* |
| | Matthew Mazzotta (BBO # 679230) |
| | ROPES & GRAY LLP |
| | Prudential Tower |
| | 800 Boylston Street |
| | Boston, MA 02199-3600 |
| | Telephone: (617) 951-7000 |
| | Matthew.Mazzotta@ropesgray.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record via ECF electronic filing on March 12, 2020.

*/s/ Matthew Mazzotta*